UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAFAEL DURAN,
individually and on behalf of all
similarly situated people,

    Plaintiff,

v.

CASE NO. 1:11-CV-313

HON. ROBERT J. JONKER

SARA LEE CORPORATION d/b/a
SARA LEE FOOD & BEVERAGE,
SARA LEE FOODSERVICE, and
COUNTRY COMMONS, a foreign corporation,

    Defendant.
_____/

## ORDER TO SHOW CAUSE

Defendant moves for a finding of contempt against Plaintiffs Darella Chambers, Tomas Santos, and Pedro Salinas ("Subpoenaed Plaintiffs") and for appropriate sanctions, based on Subpoenaed Plaintiffs' failure to appear at trial after being served with a trial subpoena. Plaintiffs are ordered to show cause, in a written filing no later than March 19, 2014, why they should not be held in civil contempt of this Court for failure to appear before this Court after being served with a subpoena to appear to testify at trial, and why appropriate sanctions up to and including dismissal of their claims with prejudice should not be imposed.


Dated: March 5, 2014                                                  /s/ Robert J. Jonker
                                                                                 ROBERT J. JONKER
                                                        UNITED STATES DISTRICT JUDGE